*UNITED STATES DISTRICT COURT*
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY ____ D.C.

05 NOV 15 PM 3: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

O'NEAL DANDRIDGE,

    Plaintiff,

v.

OKTAEI HOOMAN, M.D.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:05cv2594-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on November 14, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/15/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-15-05

(5)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02594 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

O'Neal Dandridge
3120 Alta Road
Memphis, TN 38109

Honorable J. Breen
US DISTRICT COURT